

**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

December 17, 2021

Todd Rokita
5th Floor
302 West Washington Street
Indianapolis, IN 46204          Re:   FOIA-2022-00380

Dear Todd Rokita:

    This is to acknowledge receipt of your Freedom of Information Act (FOIA) request dated October 26, 2021, and received in this Office on November 18, 2021, in which you requested records concerning communications between the Department and the National School Boards Association.

    The records you seek require a search in and/or consultation with another Office, and so your request falls within "unusual circumstances." See 5 U.S.C. 552 § (a)(6)(B)(i)-(iii) (2018). Because of these unusual circumstances, we need to extend the time limit to respond to your request beyond the ten additional days provided by the statute. For your information, we use multiple tracks to process requests, but within those tracks we work in an agile manner, and the time needed to complete our work on your request will necessarily depend on a variety of factors, including the complexity of our records search, the volume and complexity of any material located, and the order of receipt of your request. At this time we have assigned your request to the complex track. In an effort to speed up our process, you may wish to narrow the scope of your request to limit the number of potentially responsive records so that it can be placed in a different processing track. You can also agree to an alternative time frame for processing, should records be located, or you may wish to await the completion of our records search to discuss either of these options. Any decision with regard to the application of fees will be made only after we determine whether fees will be implicated for this request.

    For your information, the Department has a decentralized system for processing FOIA requests and each component of the Department maintains its own records. Accordingly, FOIA requesters need to direct their requests to the Department component(s) they believe have records pertaining to the subjects of their requests. Based on the type of records that you seek, this Office has forwarded your request to the Civil Rights Division (CRT) for processing and direct response to you. Contact information for CRT may be found online at https://www.justice.gov/oip/find-foia-contact-doj/list.

    We regret the necessity of this delay, but we assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact this Office by telephone at the above number or you may write to the Office of Information Policy, United

States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001. Lastly, you may contact our FOIA Public Liaison, Valeree Villanueva, at the telephone number listed above to discuss any aspect of your request.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

Sincerely,
Initial Request Staff
Office of Information Policy
U.S. Department of Justice

U.S. Department of Justice

OIP/441 G St, NW
6th Floor

Washington, D.C. 20530

Official Business
Penalty for Private Use $300

RECEIVED 01/18/2022

PRODUCED
01/14/2022
FIRST-CLASS MAIL
US OFFICIAL MAIL
$000.53
Penalty
For Private Use
ZIP 20530
041M121012106