**Youngs, Corrine**

| | |
|---|---|
| **From:** | Wise, Camilla L |
| **Sent:** | Wednesday, December 1, 2021 8:09 AM |
| **To:** | Youngs, Corrine |
| **Subject:** | FW: 2024010920 Received Nov/30/2021 3:24:48 PM |

Good morning Corrine,

Please see email below.

Not sure how to respond to this.
Please advise.

Camilla


-----Original Message-----
From: ED FOIA Manager <EDFOIAManager@ed.gov>
Sent: Tuesday, November 30, 2021 3:46 PM
To: Wise, Camilla L <Camilla.Wise@atg.in.gov>
Cc: ED FOIA Manager <EDFOIAManager@ed.gov>
Subject: RE: 2024010920 Received Nov/30/2021 3:24:48 PM

**** This is an EXTERNAL email. Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. **** _____

Good Afternoon,

We received your FOIA/Privacy Act request in our office November 30, 2021. However, in order to process your request for records we require additional information. Please describe the records that you are looking for.

Please provide clarification by close of business December 7, 2021, via secured email to EDFOIAManager@ed.gov, fax to 202-401-0920 or mail to:

US Department of Education
400 Maryland Ave SW
Washington, DC 20202
Attn: FOIA Service Center

Once received, we will begin processing your request. If no response is received within the time frame provided above your request will be administratively closed.

Please feel free to call with any questions. Thank you for contacting the FOIA Service Center.

Sincerely,

FOIA Service Center
US Department of Education

1

Phone:  202-401-8365
Fax:  202-401-0920
Email: EDFOIAManager@ed.gov


-----Original Message-----
From: edfoiamanager@ed.gov <edfoiamanager@ed.gov>
Sent: Tuesday, November 30, 2021 3:28 PM
To: ED FOIA Manager <EDFOIAManager@ed.gov>
Subject: 2024010920 Received Nov/30/2021 3:24:48 PM

******* HP Digital Sending: Fax Archive *****

The following is an archived copy of a fax job.

Product Serial Number: MXDCLDN18Y
Product Phone Number:2024010920
Time: Nov/30/2021 3:24:48 PM
Type: Received
Line: Analog

Sender:  [8 Pages] [Success]