# Youngs, Corrine

| | |
|---|---|
| **From:** | Gunnarson, Heather <Heather.Gunnarson@ed.gov> |
| **Sent:** | Friday, January 7, 2022 11:04 AM |
| **To:** | Youngs, Corrine |
| **Subject:** | RE: Clarification Request - FOIA 22-01131-F |

**\*\*\*\* This is an EXTERNAL email. Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\*\***

Hi Corrine –

Wonderful! Thanks for getting back to me so quickly. I figured there must have been some sort of hang-up with the email. I also sent a copy of it via our tracking database, so don't be surprised if you get a duplicate.

We will get started on your FOIA request as soon as we can. In the meantime, please let me know if you have any questions or concerns.

Best –
Heather

**From:** Youngs, Corrine <Corrine.Youngs@atg.in.gov>
**Sent:** Friday, January 7, 2022 11:00 AM
**To:** Gunnarson, Heather <Heather.Gunnarson@ed.gov>
**Subject:** RE: Clarification Request - FOIA 22-01131-F

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi Heather,

I must have missed your email. Thank you for following up on this. This appears to be all correct on what we discussed last month.

Thank you,
Corrine

**Corrine L. Youngs**
Policy Director and Legislative Counsel
Office of Attorney General Todd Rokita
302 West Washington Street
IGCS-5th Floor
Indianapolis, Indiana 46204
Cell: 317.966.5964
Corrine.Youngs@atg.in.gov

**From:** Gunnarson, Heather <Heather.Gunnarson@ed.gov>
**Sent:** Friday, January 7, 2022 10:55 AM

**To:** Youngs, Corrine <Corrine.Youngs@atg.in.gov>
**Subject:** Clarification Request - FOIA 22-01131-F

**\*\*\*\* This is an EXTERNAL email. Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\*\***

Corrine –

On December 22, I sent you the following email but I have not received a response. Maybe my email was caught in your spam filter? Please let me know at your earliest convenience if the email below represents what we discussed, and the clarifications/amendments you made to your FOIA request. We will get started processing your FOIA request as soon as I have received your approval. On the other hand, if I have misunderstood your clarifications or what we discussed in any way, please let me know.

Corinne –

It was a pleasure to talk to you today about your FOIA request (FOIA 22-01131-F), and to receive clarification on what you are looking for. Based on our conversation, the following is my understanding of how you've agreed to amend your FOIA request.

A. When: You agreed to limit the timeframe to records created between March 1, 2021 and December 3, 2021.

B. Who: You agreed to limit your records request to records to, from, or in the possession of the following individuals:

1. Miguel Cardona

2. Cindy Marten

3. Emma Leheny

4. Catherine Lhamon

5. Suzanne Goldberg

6. Political appointees in the Secretary's office (individuals to be identified by the Secretary's office)

7. Political appointees in the Deputy Secretary's office (individuals to be identified by the Deputy Secretary's office)

8. Monique Dixon, Jasmine Bolt and Alice Abrokwa (political appointees in ED's Office for Civil Rights)

9. Political appointees in the ED's Office of the General Counsel (individuals to be identified by OGC)

10. Career senior counsel in the Secretary's office (individuals to be identified by the Secretary's office)

11. Career senior counsel in the Deputy Secretary's office (individuals to be identified by the Deputy Secretary's office)

12. Jady Hsin, Meir Katz and Joshua Schopf (career senior counsel in ED's Office for Civil Rights)

13. Career senior counsel in the ED's Office of the General Counsel individuals to be identified by OGC)


C. What: You agree that *records* means all emails, memoranda, notes, drafts, documents and copies.

You stated that you are looking for records referring or relating to the following three documents:

1. September 29, 2021 letter from the National School Board Association (NSBA) to President Biden with the subject line: *Federal Assistance To Stop Threats And Acts Of Violence Against Public Schoolchildren, Public School Board Members, And Other Public School District Officials And Educators*

2. October 4, 2021 Memorandum from Merrick Garland with the subject line: *Partnership Among Federal, State, Local, Tribal And Territorial Law Enforcement To Address Threats Against School Administrators, Board Members, Teachers, And Staff*

3. October 22, 2021 Memorandum from the NSBA Board of Directors to MSBA Members with the subject line: *Message to NSBA Members*

You agreed that in searching for records referring or relating to those three documents, OCR should use the following search terms:

- NSBA
- "NSBA Board"
- Slaven
- "Viola Garcia"

- "Viola M. Garcia"
- "School board"
- "September 29 letter"
- "Sept 29 letter"
- "Federal assistance to stop threats"
- "Violence against public"
- "Preclusion of further threats"
- "October 4 memo"
- "Oct 4 memo"
- Garland
- "Threats against school administrators"
- "October 22 memo"
- "Oct 22 memo"
- "Message to NSBA members"

To summarize, OCR will search the records (emails, memoranda, notes, drafts, documents and copies) created between March 1, 2021 and December 3, 2021, of the individuals listed in paragraph B, using the search terms listed in paragraph C.

Please confirm that this email accurate reflects our conversation earlier today and how you agree to amend your request – or send me corrections/updates. Once I receive confirmation from you, I will forward this request to our coordinators for processing. Given the upcoming holidays, I will be out of town until Tuesday, January 4. However, I will be checking my email when I'm out, and if I can, I will respond to you before my return if necessary. My work email is heather.gunnarson@ed.gov.

Thanks for your assistance and please let me know if you have any questions.

Heather

**Heather Gunnarson | FOIA Director**

U.S. Department of Education, Office for Civil Rights

202.453.6711 (o) ? 202.227.8392 (m)

Heather.gunnarson@ed.gov