IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STATE OF INDIANA, *ET AL.*,<br><br>         *Plaintiffs*,<br><br> v.<br><br>PRESIDENT JOSEPH R. BIDEN, JR., *ET AL.*,<br><br>         *Defendants*. | Civil Case No. 1:22-cv-00430-JMS-TAB |

**JOINT STATUS REPORT**

Pursuant to this Court's September 1, 2022 Order, ECF No. 57, the Parties submit the following joint status report.

This case involves a Freedom of Information Act ("FOIA") request submitted to the Departments of Justice and Education, their respective leaders, Attorney General Merrick B. Garland, and Secretary of Education Miguel A. Cardona, the Executive Office of the President, and President Joseph R. Biden, Jr. *See* Compl. ¶¶ 5-7, 36-40, ECF No. 1. Defendants have moved to dismiss the claims against the Executive Office of the President and the three individual defendants, and that motion is fully briefed. *See* ECF Nos. 43, 52, 55.

The Departments of Justice and Education answered the Complaint, *see* ECF No. 42, and have processed the respective FOIA requests. Two components of the Department of Justice processed the request, the Civil Rights Division, and the Office of Information Policy ("OIP"). OIP handles FOIA requests directed to the Department's senior leadership offices. The Civil Rights Division issued a final response to Plaintiffs' FOIA request on May 20, 2022. OIP issued

a final response to Plaintiffs' FOIA request on September 12, 2022. The Department of Education issued a final response to Plaintiffs' FOIA request on September 6, 2022.

The parties are continuing to discuss whether they may resolve any issues involving the Departments of Justice and Education's responses to Plaintiffs' FOIA requests without the need for further involvement by this Court.

To allow time for that discussion to proceed, the Parties jointly propose that they file a further joint status report on Monday, November 14, 2022, which may include a proposed schedule for summary judgment briefing should such briefing be necessary. Alternatively, the Parties would be happy to make themselves available for a telephonic status conference with the Court to discuss scheduling, should the Court deem such a conference helpful.

[signature block on next page]

Dated: October 14, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Trial Attorney, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel.    (202) 514-1944
Joseph.Borson@usdoj.gov

*Attorney for Defendants*


THEODORE E. ROKITA
Indiana Attorney General
Attorney No. 18857-49

By:    */s/ Cory C. Voight*
Cory C. Voight
Director of Complex Litigation
Attorney No. 23180-49

*Attorney for Plaintiffs*

3