IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STATE OF INDIANA, *ET AL.*,<br><br>         *Plaintiffs*,<br><br>v.<br><br>PRESIDENT JOSEPH R. BIDEN, JR., *ET AL.*,<br><br>         *Defendants*. | Civil Case No. 1:22-cv-00430-JMS-TAB |

The parties shall file an updated status report by November 14, 2022.

Tim A. Baker
U.S. Magistrate Judge
Dated: 10/18/2022

**JOINT STATUS REPORT**

  Pursuant to this Court's September 1, 2022 Order, ECF No. 57, the Parties submit the following joint status report.

  This case involves a Freedom of Information Act ("FOIA") request submitted to the Departments of Justice and Education, their respective leaders, Attorney General Merrick B. Garland, and Secretary of Education Miguel A. Cardona, the Executive Office of the President, and President Joseph R. Biden, Jr. *See* Compl. ¶¶ 5-7, 36-40, ECF No. 1. Defendants have moved to dismiss the claims against the Executive Office of the President and the three individual defendants, and that motion is fully briefed. *See* ECF Nos. 43, 52, 55.

  The Departments of Justice and Education answered the Complaint, *see* ECF No. 42, and have processed the respective FOIA requests. Two components of the Department of Justice processed the request, the Civil Rights Division, and the Office of Information Policy ("OIP"). OIP handles FOIA requests directed to the Department's senior leadership offices. The Civil Rights Division issued a final response to Plaintiffs' FOIA request on May 20, 2022. OIP issued