**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| STATE OF INDIANA, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-cv-00430-JMS-TAB |
| | ) | |
| PRESIDENT JOSEPH R. BIDEN, | ) | |
| JR., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF STATE OF ARIZONA'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff State of Arizona moves to voluntarily dismiss its claims in this case, with each party to bear its own fees and costs.

Counsel for the remaining Defendants (United States Department of Justice and Department of Education) have stated that they consent to these terms of dismissal.

A proposed form of order is enclosed.

Dated: 15th day of February, 2023

Respectfully submitted,

 /s/Hannah H. Porter
Hannah H. Porter (AZ Bar #29842) (pro hac vice)
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, Suite 1100
Phoenix, AZ 85016
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
hannah.porter@gknet.com
*Attorney for Plaintiff State of Arizona*