**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| STATE OF INDIANA, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-cv-00430-JMS-TAB |
| | ) | |
| PRESIDENT JOSEPH R. BIDEN, JR., ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF STATE OF ARIZONA'S UNOPPOSED MOTION FOR**
**VOLUNTARY DISMISSAL**

This cause has come before the Court upon the motion of Plaintiff State of Arizona for an order dismissing its claims in this case. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED. It is FURTHER ORDERED dismissing Plaintiff State of Arizona and its claims in this case, with each party to bear its own fees and costs.

Distribution list:

To all registered counsel by CM/ECF