## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

STATE OF INDIANA, *ET AL.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF EDUCATION AND U.S. DEPARTMENT OF JUSTICE,

*Defendants*.

Civil Case No. 1:22-cv-00430-JMS-TAB

## STIPULATION OF DISMISSAL

On October 12, 2021, Plaintiff States sent a Freedom of Information Act ("FOIA") request to Defendants Department of Justice, Department of Education, Executive Office of the President, the Attorney General, the Secretary of Education, and the President of the United States. Thereafter, Plaintiff States filed this lawsuit alleging Defendants failed to timely respond to their FOIA request. Following initiation of the lawsuit, the remaining Defendants in this matter, the Department of Justice and the Department of Education, responded to the FOIA request at issue in this case.

The Parties stipulate to dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  All Parties will bear their own fees and costs.

Dated March 22, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Joseph E. Borson*
Joseph E. Borson (Va. Bar No. 85519)
Trial Attorney, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Joseph.Borson@usdoj.gov

*Attorney for Defendants*

THEODORE E. ROKITA
Indiana Attorney General
Attorney No. 18857-49

By:        */s/ Cory C. Voight*
            Cory C. Voight
            Director of Complex Litigation
            Attorney No. 23180-49

*Attorney for Plaintiffs*

/s/ *Anthony J. Powell*
Anthony J. Powell
Solicitor General
Office of Kansas Attorney General Kris Kobach

*/s/ Grant Dorfman*
Grant Dorfman
Deputy First Assistant Attorney General
Office of the Texas Attorney General

*/s/ Christian B. Corrigan*
Christian B. Corrigan
Solicitor General
Office of the Montana Attorney General

2

*/s/ Zach West*
Zach West, OBA #30768
Office Of Attorney General
State Of Oklahoma

*/s/ Aaron J. Silletto*
Aaron J. Silletto
Assistant Attorney General
Office of Civil & Environmental Law
Kentucky Office of the Attorney General

*/s/ Charles Capps*
Charles Capps
Deputy Solicitor General
Missouri Attorney General's Office

*/s/ Thomas T. Hydrick*
Thomas T. Hydrick
Assistant Deputy Solicitor General
Office of the Attorney General
State of South Carolina

*/s/ Stephen Petrany*
Stephen Petrany
Solicitor General
Office of the Attorney General Chris Carr
State of Georgia

*/s/ Dylan L. Jacobs*
Dylan L. Jacobs
Deputy Solicitor General
Office of Attorney General Tim Griffin
State of Arkansas